JS-6

1  TRACY L. WILKISON
   Acting United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
4  CEDINA M. KIM
   Assistant United States Attorney
5  Senior Trial Attorney, Civil Division
6  MICHAEL K. MARRIOTT, CSBN 280890
   Special Assistant United States Attorney
7       Social Security Administration
8       160 Spear Street, Suite 800
        San Francisco, CA 94105-1545
9       Telephone: (415) 977-8985
10      Facsimile: (415) 744-0134
        Email: Michael.Marriott@ssa.gov
11 Attorneys for Defendant

12              UNITED STATES DISTRICT COURT
13              CENTRAL DISTRICT OF CALIFORNIA

14 DEMITRIA OATIS,                    )
                                      )  Case No. 2:20-cv-11224-PLA
15      Plaintiff,                    )
                                      )  **JUDGMENT OF REMAND**
16                                    )
17           v.                       )
                                      )
18 KILOLO KIJAKAZI,                   )
   Acting Commissioner of            )
19 Social Security,                   )
                                      )
20                                    )
        Defendant.                    )
21                                    )
22 _____

23      The Court having approved the parties' Stipulation to Voluntary Remand

24 Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

25 ("Stipulation to Remand") lodged concurrently with the lodging of the within

26 Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**

27 **DECREED** that the above-captioned action is remanded to the Commissioner of

28 Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  1/6/2022 _____        _____
                                     HON. PAUL L. ABRAMS
                                     UNITED STATES MAGISTRATE JUDGE